UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____
PATRICIA MATHER,

                      Plaintiff,

        v.

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK, and/or
JOHN DOE(S), a fictitious individual,
corporation or any other entity unknown to the
Plaintiff who is believed to be an employee or
agent of Amtrak and caused or contributed
to Plaintiff's accident.

                      Defendant.
_____

STIPULATION
DISCONTINUING
ACTION

Civil Action No.: 19-CV-01261

*IT IS HEREBY STIPULATED AND AGREED*, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: AUG 25, 2020

_____
BRINDISI, MURAD & BRINDISI PEARLMAN, LLP
*Attorneys for Plaintiff(s)*
2713 Genesee Street
Utica, New York 13501
(315) 733-2396
epearlman@bmbplawyers.com

IT IS SO ORDERED:

_____
Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: 11/2/2020
          Syracuse, NY

1

Dated: October 13, 2020

_____
Scott A. Barbour
WHITEMAN OSTERMAN & HANNA LLP
One Commerce Plaza
Albany, New York 12260
(518) 487-7750
sbarbour@woh.com